UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW MICHAEL MITICH, | ) | Case No. 8:15-cv-01772-VEB |
| Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00) subject to the terms of the Stipulation.

DATE: October 14, 2017

/s/Victor E. Bianchini
HON. VICTOR E. BIANCHINI,
UNITED STATES MAGISTRATE JUDGE